UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| GEORGE D. RICH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 09-126-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FIFTH THIRD BANK, INC., | ) | **ORDER OF DISMISSAL** |
| d/b/a Fifth Third Bank, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised that all issues in dispute have been resolved through settlement [Record No. 7], it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, and stricken from the docket. The parties shall bear their respective costs and expenses incurred herein.

This 14th day of December, 2009.



Signed By:
Danny C. Reeves  DCR
United States District Judge